MARIA ASSALONE, as Administratrix of the Estate of
    DOMENICK ASSALONE, Deceased, Respondent, *v.*
    THOMAS HAZEL et al., Appellants.

(Argued January 22, 1936; decided March 3, 1936.)

*William B. Davis* and *E. C. Sherwood* for Forsythe Bros., Inc., appellant.

*David Levine* for Thomas Hazel, appellant.

*Austin G. Cocuzza* for respondent.

As to Forsythe Bros., Inc., appeal dismissed, with costs; as to Hazel, judgment affirmed, with costs. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.